STATE OF NEW JERSEY v. LIVSHA SHAPIRO
AND PAUL SHEPARD.

May 24, 1988.

Petition for certification denied.

CALVIN MOORE v. BARBARA MOORE.

May 24, 1988.

Petition for certification granted.

DAVID J. PLEVA v. DANIEL S. BELL.

May 24, 1988.

Petition for certification denied.

DOUGLAS FORD v. KEVIN J. DOYLE.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL HARDY.

May 24, 1988.

Petition for certification denied.